No. 53829.—T. D. Downing & Co. et al. *v.* United States, protests 566442–G, etc. (New York).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

No. 53830.—Longmans Green & Co., Inc. *v.* United States, protest 149828–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects (except title) to the books the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (33 C. C. P. A. 11, C. A. D. 309), the claim of the plaintiff was sustained.

No. 53831.—Bailey & Griffin, Inc., et al. *v.* United States, protests 966080–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.